# Exhibit C

# ILLINOIS

COUNTY OF *COOK (A)*
POOL NO.
LOAN NO. ( ▓▓▓▓▓▓▓▓ ) [P82]



Assignment-Interv.-Recorded

Doc#: 1306734067 Fee: $40.00
Karen A. Yarbrough RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 03/08/2013 11:27 AM Pg: 1 of 2

PREPARED BY SECURITY
CONNECTIONS, INC.
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS INC.*
*240 TECHNOLOGY DRIVE*
*IDAHO FALLS, ID 83401*
*PH:(208)528-9895*
*ATT: TERRILL NIELSON*

## CORPORATION ASSIGNMENT OF REAL ESTATE MORTGAGE

FOR VALUE RECEIVED, *MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP. ITS SUCCESSORS AND ASSIGNS,*

located at *P.O. BOX 2026, FLINT, MI 48501-2026*
hereby grants, assigns, and transfers to *U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TBW MORTGAGE-BACKED TRUST SERIES 2007-2, TBW MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2*

located at *60 LIVINGSTON AVE. ST. PAUL, MN 55107*

all the rights, title and interest of undersigned in and to that certain Real Estate Mortgage dated *FEBRUARY 13, 2007*, executed by *JOHATHAN J GRIFFIN, A MARRIED MAN, THIS IS NOT HOMESTEAD PROPERTY AS TO SAID BORROWER*

to *MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP. ITS SUCCESSORS AND ASSIGNS*

and recorded on *FEBRUARY 28, 2007*, in liber/cabinet _____ at page(s)/
drawer _____ document/instrument no. *0705911201* microfilm
number _____ pin number *25-08-401-046-0000* ✓
in the _____ plat of *COOK* County
Illinois described hereinafter as follows:
*THE NORTH 1/2 OF LOT 58 IN FREDERICK H. BARTLETT'S 99TH STREET SUBDIVISION OF BLOCK 4 (EXCEPT THE SOUTH 225 FEET OF THE EAST 121 FEET THEREOF) IN HITTS SUBDIVISION OF THE SOUTHEAST 1/4 OF SECTION 8, TOWNSHIP 37 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.*

Property Address: 9955 S MAY ST, CHICAGO, IL 60643 ✓

Loan No.
J=am8040112ai.s.24374     P=S.002.00090.264
MIN 100029500015760055   MERS PHONE: 1-888-679-6377

S Y
P 3
S N
M N
SC Y
E N
INT F

Page 1 of 2



Loan No. (███████) [P82]

Together with all rights accrued or to accrue under said Real Estate Mortgage.
Dated __FEBRUARY 6, 2013__.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

BY _/s/ Sarah Hix_
SARAH HIX
ASSISTANT SECRETARY

STATE OF __IDAHO__ )
COUNTY OF __BONNEVILLE__ )

On __FEBRUARY 6, 2013__, before me __KATHERINE LARREA__ personally appeared __SARAH HIX__ and _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) who executed the within instrument as __ASSISTANT SECRETARY__ and _____ and acknowledged to me the corporation executed it.

_/s/ Katherine Larrea_
KATHERINE LARREA (COMMISSION EXP. 06-15-18)
Notary public

[KATHERINE LARREA NOTARY PUBLIC STATE OF IDAHO — stamp]

PREPARED BY:
SARAH HIX
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID  83401

P=S.002.00090.264
C=s.075.0210
(NMRI.IL)

MIN 100029500015760055   MERS PHONE: 1-888-679-6377
J=am8040112a1.s.24374

Page 2 of 2

